In the United States District Court
for the Southern District of Georgia
Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUL 12 A 11: 34
CLERK F. LaVictoure
SO. DIST. OF GA.

| | | |
|---|---|---|
| CORY RICKS, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| ALLIEDSIGNAL INC., now known as HONEYWELL INTERNATIONAL INC., and formerly known as ALLIED CHEMICAL CORPORATION, | : | |
| Defendant. | : | NO. CV204-097 |
| and | : | |
| JOSEPH ACOSTA, et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| ALLIEDSIGNAL INC., now known as HONEYWELL INTERNATIONAL INC., and formerly known as ALLIED CHEMICAL CORPORATION, | : | |
| Defendant. | : | NO. CV204-150 |

### O R D E R

Presently before the Court are the motions of Defendant to abate these actions on the grounds of duplication, as much as

Plaintiffs' complaints are repetitive of claims currently pending as a class action in the Superior Court of Glynn County, Georgia.

Plaintiffs have not filed a response to the motions, but Plaintiffs' counsel has informed the Court's Deputy Clerk in a phone conversation that Plaintiffs do not oppose Defendants' motions.

Consequently, Defendant's motions are **GRANTED** as unopposed. Plaintiffs' complaints are **DISMISSED**, and the Clerk is directed to enter judgment accordingly. See CV204-097, Doc. No. 47, and CV204-150, Doc. No. 16.

**SO ORDERED**, this 12th day of July, 2005.

*[signature]*
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)